IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| THE KINTOCK GROUP, INC., et al. | : | NO. 20-1915 |

### ORDER

AND NOW, this 10th day of August, 2020, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants for judgment on the pleadings as to Count II and Count IV of the complaint (incorrectly denominated as a "partial motion to dismiss") is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.