IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE KINTOCK GROUP, INC. | : | NO. 20-1915 |

## ORDER

AND NOW, this 2nd day of August, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendant The Kintock Group, Inc. for summary judgment (Doc. #45) is GRANTED in part and DENIED in part.

(2) Summary judgment is granted on Count II in favor of defendant The Kintock Group and against plaintiff James Williams as to plaintiff's claim under the Fourteenth Amendment.

(3) Summary judgment is granted on Count IV in favor of defendant The Kintock Group and against plaintiff James Williams as to plaintiff's claim of intentional infliction of emotional distress.

(4) The motion of defendant is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.